# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                                       )<br>                    Plaintiff,              )<br>                                                       )        8:02CR267<br>           vs.                                     )<br>                                                       )        ORDER<br>GREG HERGOTT,                         )<br>                                                       )<br>                    Defendant.          ) | |

Defendant Greg Hergott appeared before the court on Wednesday, October 18, 2006 on a bond hearing regarding the Petition for Warrant or Summons for Offender Under Supervision [48]. The defendant was represented by Assistant Federal Public Defender David M. O'Neill and the United States was represented by Assistant U.S. Attorney Susan T. Lehr. The defendant was released on bond to a treatment center.

**IT IS ORDERED**:

1. A final dispositional hearing is rescheduled before Judge Laurie Smith Camp in Courtroom No.2, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on **December 18, 2006 at 11:00 a.m.** Defendant must be present in person.

2. Defendant released on an Order Setting Conditions of Release.

DATED this 18th day of October, 2006.

                                                                        BY THE COURT:

                                                                        s/ F. A. Gossett
                                                                        United States Magistrate Judge